JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STARDUST INTERNATIONAL CORP., a California Corporation; MACY'S, INC., an Ohio Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: CV11-06697 DMG (VBKx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION [26]** |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate,

IT IS ORDERED that the above-referenced action is dismissed in its entirety as to all defendants with prejudice and that this court shall retain jurisdiction over any disputes relating to the settlement agreement reached in this matter.

Each party is to bear its own costs and attorneys' fees incurred in this Action.

IT IS SO ORDERED.

Dated: May 25, 2012

*/s/ Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION**