JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STARDUST INTERNATIONAL CORP., a California Corporation; MACY'S, INC., an Ohio Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: CV11-06697 DMG (VBKx)**<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION [26]** |

MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878

1  Upon review of the Stipulation for Dismissal of Action and finding the relief
2  requested appropriate,
3  IT IS ORDERED that the above-referenced action is dismissed in its entirety as to
4  all defendants with prejudice and that this court shall retain jurisdiction over any disputes
5  relating to the settlement agreement reached in this matter.
6  Each party is to bear its own costs and attorneys' fees incurred in this Action.
7  IT IS SO ORDERED.

9  Dated:  May 25, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878